FILED
MARY L. SWAIN
BUTLER COUNTY
CLERK OF COURTS
05/05/2022 09:16 AM
CV 2022 05 0719

## COURT OF COMMON PLEAS
## BUTLER COUNTY, OHIO

| | |
|---|---|
| CALVARY INDUSTRIES LLC ) | Case No. _____ |
| 9233 SEWARD ROAD ) | |
| FAIRFIELD, OH 45014 ) | Judge _____ |
| ) | |
| Plaintiff, ) | |
| ) | **COMPLAINT** |
| v. ) | |
| ) | |
| TAV HOLDINGS INC. ) | |
| 3311 EMPIRE BLVD SW ) | |
| ATLANTA, GA 30354 ) | |
| ) | |
| Defendant. ) | |
| ) | |

CALVARY Industries LLC for its Complaint against TAV Holdings Inc., states as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff Calvary Industries LLC ("Calvary") is an Ohio Corporation located at 9233 Seward Rd. Fairfield, OH 45014, with its principal place of business in Butler County, OH.

2. Calvary formulates and produces blended process chemicals and other products including Cal Ban 966 and Cal Floc 1516.

3. TAV Holdings Inc. ("Defendant") is a resident of Atlanta, GA and has purchased Cal Ban 966 and Cal Floc 1516 from Calvary.

4. Defendant placed multiple purchase orders with Calvary from its facility in Fairfield, Ohio.

5. This Court has subject matter jurisdiction over this controversy and personal jurisdiction over the parties hereto.

6. Venue is proper in the Court of Common Pleas for Butler County.

## **CLAIM FOR RELIEF**

7. Defendant ordered Cal Ban 966 and Cal Floc 1516 from Calvary as set forth in Calvary invoices 89815 dated December 8, 2021; 89881 dated December 22, 2021; 89883 dated January 12, 2022; 89884 dated January 31, 2022; and 89885 dated March 2, 2022 ("the invoices") in the total amount of $124,168.10.

8. Pursuant to the invoices, the amount owed was to be paid upon receipt. Defendant has failed to pay the amount owed. Calvary has contacted Defendant on multiple occasions requesting payment. While Defendant has promised to pay the invoice(s) on multiple occasions, it has failed to do so.

9. The invoice(s) are now over 30 days overdue. Pursuant to the invoice(s), Defendant is also liable for "all costs incurred in the collection of any past due accounts, including" all "fees, court costs and attorney fees."

10. Plaintiff Calvary prays for judgment for the full amount of the invoice(s) of $124,168.10, and for costs, interest, attorney fees and any other relief the Court deems proper.

_____
Thomas E. Grossmann (0017965)
4533 Morris Court
Mason. OH 45040
(513) 257-6789
TEG@TomGrossmann.com
*Attorney for Plaintiff, Calvary Industries LLC*



# Invoice

| Date | Invoice # |
|---|---|
| 12/08/21 | 89815 |

**REMIT TO:**
P.O. Box 713868
Cincinnati, OH 45271-3868

**TAV HOLDINGS**
3311 EMPIRE BLVD SW

ATLANTA, GA 30354-

**Ship To:**

TAV HOLDINGS, INC*CONSIGNMENT
3311 EMPIRE BLVD SW

ATLANTA, GA 30354-

Carrier Pro Number: 257170244

| Sales Order No. | Ship Date | Invoice Due Date | Carrier | Freight Terms | Customer PO # | SP1 | SP2 | SP3 |
|---|---|---|---|---|---|---|---|---|
| 104884 | 12/08/21 | 12/08/21 | *XPO | PPD & ADD | CONSIGNMENT | TM | PN | LP |

| Description | Warehouse | Order Quantity | Uom | Ship Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|
| CAL BAN 966 (2200)LB/(275)GL | CONSIGN | 550.00 | GL | 550.00 | 12.250 | 6,737.50 |
| | | Bin TAVHOLDINGS | | 550.00 | | |
| CAL FLOC 1516 (275)GL | CONSIGN | 825.00 | GL | 825.00 | 21.050 | 17,366.25 |
| | | Bin TAVHOLDINGS | | 825.00 | | |

SHIPPING / HANDLING                                                                                1,635.16

FUNDS PAID ON PO# PO1034208 APPLIED TO INVOICE. IN THE AMOUNT

**PAID** APR 1 3 2022
BY: EFT
Pd. $5,000.00

**PAID** 3/22/22
EFT
Pd: 4,161.41

**PAID** 2/24/22
EFT
Pd: 10,000

*OPEN BALANCE
$ 11,577.50

Pricing reflects a 3% discount for cash or check payments.

Buyer shall pay all costs incurred in the collection of any past due accounts, including all collection agency fees, court costs and attorney fees. Contact Calvary if you have any questions.

| | | |
|---|---|---|
| Total gross | : | 24,103.75 |
| Total discount | : | 0.00 |
| Total shipping / handling | : | 1,635.16 |
| Misc charges | : | 0.00 |
| Total tax | : | 0.00 |
| Total net amount | : | 25,738.91 USD |

Print Date* 03/25/22                                        Page 1 of 1



**REMIT TO:**
P.O. Box 713868
Cincinnati, OH 45271-3868

# Invoice

| Date | Invoice # |
|---|---|
| 12/22/21 | 89881 |

**TAV HOLDINGS**
3311 EMPIRE BLVD SW

ATLANTA, GA 30354-

**Ship To:**
TAV HOLDINGS, INC*CONSIGNMENT
3311 EMPIRE BLVD SW

ATLANTA, GA 30354-

| Sales Order No. | Ship Date | Invoice Due Date | Carrier | Freight Terms | Customer PO # | SP1 | SP2 | SP3 |
|---|---|---|---|---|---|---|---|---|
| 104929 | 12/22/21 | 12/22/21 | *R&L | DELIVERED | CONSIGNMENT | TM | PN | LP |

| Description | Warehouse | Order Quantity | Uom | Ship Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|
| CAL FLOC 1516  (275)GL | CONSIGN | 825.00 | GL | 825.00 | 21.050 | 17,366.25 |
|  |  | Bin TAVHOLDINGS | | 825.00 | | |
| 3 TOTES | | | | | | |
| CAL BAN 966   (2200)LB/(275)GL | CONSIGN | 1,650.00 | GL | 1,650.00 | 12.250 | 20,212.50 |
|  |  | Bin TAVHOLDINGS | | 1,650.00 | | |
| 6 TOTES | | | | | | |
| 6.25 TOTES | | | | | | |

Pricing reflects a 3% discount for cash or check payments.

Buyer shall pay all costs incurred in the collection of any past due accounts, including all collection agency fees, court costs and attorney fees. Contact Calvary if you have any questions.

| | | |
|---|---|---|
| Total gross | : | 37,578.75 |
| Total discount | : | 0.00 |
| Total shipping / handling | : | 0.00 |
| Misc charges | : | 0.00 |
| Total tax | : | 0.00 |
| Total net amount | : | 37,578.75 USD |

Print Date* 03/28/22      Page 1 of 1



**Calvary Industries, Inc.**
9233 Seward Road   Fairfield, OH  45014
Phone: (513) 874-1113   Fax: (513) 860-6184

REMIT TO:
P.O. Box 713868
Cincinnati, OH  45271-3868

# Invoice

| Date | Invoice # |
|---|---|
| 01/12/22 | 89883 |

TAV HOLDINGS
3311 EMPIRE BLVD SW

ATLANTA, GA 30354-

Ship To:

TAV HOLDINGS, INC*CONSIGNMENT
3311 EMPIRE BLVD SW

ATLANTA, GA 30354-

| Sales Order No. | Ship Date | Invoice Due Date | Carrier | Freight Terms | Customer PO # | SP1 | SP2 | SP3 |
|---|---|---|---|---|---|---|---|---|
| 104930 | 01/12/22 | 01/12/22 | *XPO | PPD & ADD | CONSIGNMENT | TM | PN | LP |

| Description | Warehouse | Order Quantity | Uom | Ship Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|
| CAL BAN 966   (2200)LB/(275)GL | CONSIGN | 1,100.00 | GL | 1,100.00 | 12.250 | 13,475.00 |
|  | Bin  TAVHOLDINGS |  |  | 1,100.00 |  |  |

4 TOTES
SHIPPING / HANDLING                                                                                                           859.21

4.17 TOTES

Pricing reflects a 3% discount for cash or check payments.

Buyer shall pay all costs incurred in the collection of any past due accounts, including all collection agency fees, court costs and attorney fees. Contact Calvary if you have any questions.

| | | |
|---|---|---|
| Total gross | : | 13,475.00 |
| Total discount | : | 0.00 |
| Total shipping / handling | : | 859.21 |
| Misc charges | : | 0.00 |
| Total tax | : | 0.00 |
| Total net amount | : | 14,334.21 USD |

Print Date* 03/28/22                                                                 Page 1 of 1



**REMIT TO:**
P.O. Box 713868
Cincinnati, OH 45271-3868

# Invoice

| Date | Invoice # |
|---|---|
| 01/31/22 | 89884 |

TAV HOLDINGS
3311 EMPIRE BLVD SW

ATLANTA, GA 30354-

Ship To:

TAV HOLDINGS, INC*CONSIGNMENT
3311 EMPIRE BLVD SW

ATLANTA, GA 30354-

Carrier Pro Number: 257-083131

| Sales Order No. | Ship Date | Invoice Due Date | Carrier | Freight Terms | Customer PO # | SP1 | SP2 | SP3 |
|---|---|---|---|---|---|---|---|---|
| 104932 | 01/31/22 | 01/31/22 | *XPO | PPD & ADD | CONSIGNMENT | TM | PN | LP |

| Description | Warehouse | Order Quantity | Uom | Ship Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|
| CAL FLOC 1516 (275)GL | CONSIGN | 1,375.00 | GL | 1,375.00 | 21.050 | 28,943.75 |
| | Bin TAVHOLDINGS | | | 1,375.00 | | |

5 TOTES
FREIGHT CHARGE                                                                                               1,062.09

Pricing reflects a 3% discount for cash or check payments.

Buyer shall pay all costs incurred in the collection of any past due accounts, including all collection agency fees, court costs and attorney fees. Contact Calvary if you have any questions.

| | | |
|---|---|---|
| Total gross | : | 28,943.75 |
| Total discount | : | 0.00 |
| Total shipping / handling | : | 1,062.09 |
| Misc charges | : | 0.00 |
| Total tax | : | 0.00 |
| Total net amount | : | 30,005.84 USD |

Print Date* 03/28/22                                                 Page 1 of 1



**REMIT TO:**
P.O. Box 713868
Cincinnati, OH 45271-3868

# Invoice

| Date | Invoice # |
|---|---|
| 03/02/22 | 89885 |

**TAV HOLDINGS**
3311 EMPIRE BLVD SW

ATLANTA, GA 30354-

**Ship To:**

TAV HOLDINGS, INC*CONSIGNMENT
3311 EMPIRE BLVD SW

ATLANTA, GA 30354-

| Sales Order No. | Ship Date | Invoice Due Date | Carrier | Freight Terms | Customer PO # | SP1 | SP2 | SP3 |
|---|---|---|---|---|---|---|---|---|
| 104933 | 03/02/22 | 03/02/22 | MAX TRANSPORTATION | PPD & ADD | CONSIGNMENT | TM | PN | LP |

| Description | Warehouse | Order Quantity | Uom | Ship Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|
| CAL BAN 966 (2200)LB/(264)GL | CONSIGN | 528.00 | GL | 528.00 | 12.250 | 6,468.00 |
| | Bin | TAVHOLDINGS | | 528.00 | | |
| 2 TOTES | | | | | | |
| CAL FLOC 1516 (264)GL | CONSIGN | 1,056.00 | GL | 1,056.00 | 21.050 | 22,228.80 |
| | Bin | TAVHOLDINGS | | 1,056.00 | | |
| 4 TOTES | | | | | | |
| SHIPPING / HANDLING | | | | | | 1,975.00 |
| 3.84 TOTES | | | | | | |

Pricing reflects a 3% discount for cash or check payments.

Buyer shall pay all costs incurred in the collection of any past due accounts, including all collection agency fees, court costs and attorney fees. Contact Calvary if you have any questions.

| | | |
|---|---|---|
| Total gross | : | 28,696.80 |
| Total discount | : | 0.00 |
| Total shipping / handling | : | 1,975.00 |
| Misc charges | : | 0.00 |
| Total tax | : | 0.00 |
| Total net amount | : | 30,671.80 USD |

Print Date* 03/28/22                Page 1 of 1



Z000052481

**TAV HOLDINGS INC**
**3311 EMPIRE BLVD SW**
**Atlanta, GA 30354**

---

Date: May 9, 2022                  Case No. : CV 2022 05 0719
CALVARY INDUSTRIES LLC vs. TAV HOLDINGS INC

---

### SUMMONS ON COMPLAINT BY CERTIFIED MAIL
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

To the above named party: You are hereby summoned to answer a complaint that has been filed against you in the Butler County Common Pleas Court by the plaintiff(s) named herein. A copy of the complaint is attached.

You are required to serve upon the plaintiff(s) attorney, or upon the plaintiff(s) if there is no attorney of record, a copy of your answer to the complaint within 28 days after receipt of this summons, exclusive of the day of service. The answer must be filed with this court within three days after service on Plaintiff's attorney.

The name and address of the plaintiff(s) attorney is as follows:

    GROSSMANN, THOMAS E
    9867 BEECH DRIVE
    CINCINNATI, OH 45231

If you fail to appear and defend, judgment by default may be taken against you for the relief demanded in the complaint.

**MARY L. SWAIN**
Butler County Clerk of Courts

*Mary L. Swain*

By: <u>Norma Martin</u>
Deputy Clerk

---



# CV 2022 05 0719

Date Produced: 05/16/2022

Butler County, Ohio Clerk of Courts:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8300 0075 7009 10. Our records indicate that this item was delivered on 05/13/2022 at 02:06 p.m. in ATLANTA, GA 30354. The scanned image of the recipient information is provided below.

Signature of Recipient :  *Covid / Covid*

Address of Recipient :  3311 EMPIRE BLVD SW
ATLANTA, GA 30354

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

TAV HOLDINGS INC
3311 EMPIRE BLVD SW
ATLANTA, GA 30354

---

USPS MAIL PIECE TRACKING NUMBER: 42030354921489019403830000757000910
MAILING DATE: 05/09/2022
DELIVERED DATE: 05/13/2022
Case Number: CV 2022 05 0719
Tracking Number: Z000052481
Clerk: By: Norma Martin

MAIL PIECE DELIVERY INFORMATION:

TAV HOLDINGS INC
3311 EMPIRE BLVD SW
Atlanta, GA 30354

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 05/09/2022 14:43 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | HAMILTON, OH 45011 |
| 05/10/2022 21:14 | ORIGIN ACCEPTANCE | HAMILTON, OH 45011 |
| 05/10/2022 22:29 | PROCESSED THROUGH USPS FACILITY | CINCINNATI OH DISTRIBUTION CENT 45234 |
| 05/12/2022 14:16 | PROCESSED THROUGH USPS FACILITY | ATLANTA GA DISTRIBUTION CENTER 30304 |
| 05/13/2022 08:33 | ARRIVAL AT UNIT | ATLANTA, GA 30354 |
| 05/13/2022 08:44 | OUT FOR DELIVERY | ATLANTA, GA 30354 |
| 05/13/2022 14:06 | DELIVERED LEFT WITH INDIVIDUAL | ATLANTA, GA 30354 |

FILED BUTLER CO.
COURT OF COMMON PLEAS

MAY 17 2022

MARY L. SWAIN
CLERK OF COURTS

# Courtview Tracking No.: Z000052481