# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| CALVARY INDUSTRIES, LLC,<br>　　Plaintiff, | Case No. 1:22-cv-340<br>Litkovitz, M.J. |
| 　　v. | |
| TAV HOLDINGS, INC.,<br>　　Defendants. | **ORDER** |

The Court conducted a status conference in this matter on March 9, 2023. During the conference, the parties discussed extending the date to amend the pleadings. Defendant's oral motion for an extension to move to amend the pleadings is **GRANTED**. Any motion to amend the pleadings must be filed no later than **March 15, 2023**. Any memorandum in opposition must be filed by **April 6, 2023**, and the reply must be filed by **April 13, 2023.**

　　**IT IS SO ORDERED.**

Date: 3/9/2023

Karen L. Litkovitz
United States Magistrate Judge